THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD LARKMAN, Appellant.

Submitted October 11, 1940; decided November 26, 1940.

*Edward Larkman,* appellant, in person.

*Leo J. Hagerty, District Attorney (Winifred Stanley* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ. Taking no part: LEHMAN, Ch. J.